McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. F-04-5356 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| MUHAMMAD ARSHID CHAUDHRY; BALJINDER SINGH, | ) ) ) | |
| Defendants. | ) ) | |

   The parties herein, through their respective counsel, hereby agree and stipulate that the sentencing hearing in this case currently set for November 28, 2005 at 9:00 a.m. be continued to January 17, 2005 at 9:00 a.m.

   This continuance is jointly requested as the parties, in their respective plea agreements, have stipulated to necessary continuances in sentencing in anticipation of trial of the remaining defendants in the above-captioned case of <u>United States v. Nijjar Brothers Trucking, Inc., et al.</u> (CR. NO. F-04-5356 AWI).
//

```
1  DATED: November 22, 2005        McGREGOR W. SCOTT
                                   United States Attorney
2

3                                          /s/ Marlon Cobar
                                   By
4                                    MARLON COBAR
                                   Assistant U.S. Attorney
5

6
                                   /s/ Steven Crawford
7  DATED: November 22, 2005        _____
                                   STEVEN CRAWFORD
8                                  Attorney for Defendant
                                   MUHAMMAD ARSHID CHAUDHRY
9

10                                 /s/ Eric Fogderude

11 DATED: November 22, 2005        _____
                                   ERIC FOGDERUDE
12                                 Attorney for Defendant
                                   BALJINDER SINGH
13
```

## ORDER

IT IS HEREBY ORDERED THAT the sentencing hearing in this case currently set for November 28, 2005 at 9:00 a.m. be continued to January 17, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 22, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE

2