McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. F-04-5356 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| MUHAMMAD ARSHID CHAUDHRY; | ) | |
| BALJINDER SINGH, | ) | |
| | ) | |
| Defendants. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the sentencing hearing in this case currently set for November 28, 2005 at 9:00 a.m. be continued to January 17, 2005 at 9:00 a.m.

This continuance is jointly requested as the parties, in their respective plea agreements, have stipulated to necessary continuances in sentencing in anticipation of trial of the remaining defendants in the above-captioned case of <u>United States v. Nijjar Brothers Trucking, Inc., et al.</u> (CR. NO. F-04-5356 AWI).

//

```
DATED: November 22, 2005            McGREGOR W. SCOTT
                                    United States Attorney


                                         /s/ Marlon Cobar
                                    By
                                      MARLON COBAR
                                    Assistant U.S. Attorney



                                    /s/ Steven Crawford
DATED: November 22, 2005            _____
                                    STEVEN CRAWFORD
                                    Attorney for Defendant
                                    MUHAMMAD ARSHID CHAUDHRY


                                    /s/ Eric Fogderude
DATED: November 22, 2005            _____
                                    ERIC FOGDERUDE
                                    Attorney for Defendant
                                    BALJINDER SINGH
```

ORDER

IT IS HEREBY ORDERED THAT the sentencing hearing in this case currently set for November 28, 2005 at 9:00 a.m. be continued to January 17, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 22, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

2