```
 1
 2
 3
 4
 5  STEVEN L. CRAWFORD #166488
 6  Law Office of Steven L. Crawford
 7  651 Dolliver, Suite A
 8  Pismo Beach, California 93449
 9  Tel: (559) 977-2939
10  Fax: (806) 556-0322
11
12  Attorney for Defendant
13       MUHAMMAD ASHID CHAUDHRY
14
15
16
17
18             IN THE UNITED STATES DISTRICT COURT
19
20          FOR THE EASTERN DISTRICT OF CALIFORNIA
21
22
23
24
25  ┌─────────────────────────────┬──────────────────────────────────┐
26  │ UNITED STATES OF AMERICA,   │ Case No.  CR-F-04-5356 AWI       │
27  │                             │                                  │
28  │        Plaintiff,           │ DEFENDANT'S REQUEST FOR RETURN   │
    │                             │ OF PASSPORT                      │
    │   vs.                       │                                  │
    │ MUHAMMAD ASHID CHAUDHRY,    │                                  │
    │        Defendant.           │                                  │
    └─────────────────────────────┴──────────────────────────────────┘
```

FILED
AUG 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

This matter having come before the Court and concluded on or about November 2006 and the sentence having been completed, it is now requested that the Court order the release of Mr. Chaudrhy's passport.

DATED: August 15, 2007                Respectfully submitted,

                                      Steven L. Crawford
                                      Digitally signed by Steven L. Crawford
                                      DN: CN = Steven L. Crawford, C = US, O =
                                      Law Office of Steven L. Crawford, OU =
                                      Attorney
                                      Date: 2007.08.15 12:48:04 -07'00'

                                      STEVEN L. CRAWFORD
                                      Attorney for MUHAMMAD CHAUDHRY

Defendant's Motion to Release Passport - 1

1
2
3
4
5
6
7  **IT IS SO ORDERED:**
8
9  DATED: 8-16-07
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

_____
HONORABLE ANTHONY W. ISHII,
U.S. District Court Judge