STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
651 Dolliver, Suite A
Pismo Beach, California 93449
Tel: (559) 877-2939
Fax: (805) 556-0322

Attorney for Defendant
   MUHAMMAD ASHID CHAUDHRY

FILED
AUG 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MUHAMMAD ASHID CHAUDHRY,<br><br>Defendant. | Case No.   CR-F-04-5356 AWI<br><br>DEFENDANT=S REQUEST TO EXONERATE PROPERTY BOND AND ORDER |

   This matter having come before the Court and concluded on November 6, 2006, wherein the above named defendant was sentenced, it is hereby requested that an order from this Court exonerating the property bond in the above entitled matter be executed.

The Property bond information is as follows:

Property Owners:   Muhammad Arshid Chaudhry;

Property Description: 2541 Jubilee Drive, Turlock, California 95380. Lot No. 106, as delineated upon certain map entitled

Festival, Unit No. 2, filed for record June 25, 2003, in Book 41 of maps at page 10, Stanislaus County Records.

Date Executed: January 29, 2005

Deed Document Number: DOC-2005-0011595-00

Trustor: Muhammad Arshid Chaudhry

Securing payment amount: $90,000.00

DATED: August 15, 2007                    Respectfully submitted,

**Steven L. Crawford**
Digitally signed by Steven L. Crawford
DN: CN = Steven L. Crawford, C = US, O = Law Office of Steven L. Crawford, OU = Attorney
Date: 2007.08.15 12:27:12 -07'00'

STEVEN L. CRAWFORD
Attorney for MUHAMMAD CHAUDHRY

**ORDER**

**IT IS SO ORDERED:**
DATED: 8-16-07

_[signature]_
HONORABLE ANTHONY W. ISHII,
U.S. District Court Judge