PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:04CR05356-07** |
| ) | |
| **Muhammad Arshid CHAUDHRY** ) | |
| ) | |

On November 6, 2006, the above-named was sentenced to three months custody of the Bureau of Prisons with a two-year term of supervised release to follow. Supervision commenced on March 29, 2007. Mr. Chaudhry has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH
United States Probation Officer**

Dated:   January 28, 2009
         Modesto, California
         SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Muhammad Arshid CHAUDHRY**
**Docket Number:   1:04CR05356-07**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Muhammad Arshid Chaudhry be discharged from supervised release, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:**   **January 29, 2009**           /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE